

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00548-CR

Nicolas C. **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 355026
Honorable Liza Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 23, 2014.

_____
Patricia O. Alvarez, Justice